IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BILL LIETZKE,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 2:07cv588-ID** |
| | ) |
| **CITY OF MONTGOMERY, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

It is CONSIDERED and ORDERED that the above-styled cause be and the same is hereby REFERRED to the magistrate judge for further proceedings and determination or recommendation as may be appropriate.

Done this 27th day of June, 2007.

                                           /s/ Ira DeMent
                                           SENIOR UNITED STATES DISTRICT JUDGE