IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BILL LIETZKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:07-cv-588-ID |
| | ) | |
| CITY OF MONTGOMERY, *et. al*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. #4), the undersigned Magistrate Judge considers Plaintiff's Motion to Proceed In forma Pauperis (Doc. #2). The Court wishes Plaintiff to understand *fully* the limited nature of being allowed to proceed *in forma pauperis*. This status does permit Plaintiff to *commence* this lawsuit without *prepayment* of fees and court costs, but it does not permit Plaintiff to maintain the lawsuit without incurring any personal expenses.

Plaintiff should understand that he *may* incur expenses as a result of the prosecution of this case, and there is no provision for the court's payment of those expenses. For example, in the event of a trial, Plaintiff may compel the attendance of witnesses through subpoena *only* by tendering to each witness payment of a one-day witness fee of $40, plus mileage. Additionally, court costs, in varying amounts, can be very substantial, and they are normally assessed against the losing party. This means that a plaintiff who loses a case may be charged with, and obligated to pay, *all* court costs, even though plaintiff is proceeding *in forma pauperis*.

Having advised Plaintiff of the possible expense of litigation, it is

**ORDERED** that the Motion to Proceed In Forma Pauperis (Doc. #2) is **GRANTED**.

It is further

**ORDERED** that the Clerk of Court is to serve all Defendants with process.

Done this 28th day of June, 2007.

                                      s/ Wallace Capel, Jr.
                                      WALLACE CAPEL, JR.
                                      UNITED STATES MAGISTRATE JUDGE