**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Walter J. Byars
   Legal Department
   PO Box 1111
   Montgomery, AL 36104

   07cv588

2. Article Number
   (Transfer from service label)

   7005 1160 0001 2962 1010

   February 2004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Frank Poole_     ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name )
   FRANK POOLE

   Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

Domestic Return Receipt