**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Montgomery
c/o City Attorney
103 North Perry Street
Montgomery, AL 36104

07CV588

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Frank Firle_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

FRANK FIRLE

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7005 1160 0001 2962 1027

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540